United States District Court
Northern District of California

1
2
3
4                         UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   THOMAS ETIENNE ROTHSCHILD,              Case No.  23-cv-01721-JCS

            Plaintiff,
8
                                            **REFERRAL FOR PURPOSE OF
9        v.                                 DETERMINING RELATIONSHIP**

10  THE PACIFIC COMPANIES,

            Defendant.
11

12

13          Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

14  Honorable Lisa J. Cisneros for consideration of whether the case is related to 23-cv-1713 LJC.

15          **IT IS SO ORDERED.**

16

17  Dated:  April 12, 2023

18          _____

19          JOSEPH C. SPERO
            United States Magistrate Judge
20
21
22
23
24
25
26
27
28