UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| MAYER AMSCHEL ROTHSCHILD,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE PACIFIC COMPANIES<br><br>　　　　　　　　　　Defendant. | Case No. 23-cv-01721-LJC<br><br>**ORDER AS MODIFIED GRANTING DEFENDANT'S MOTION TO ENLARGE TIME TO RESPOND TO THIRD AMENDED COMPLAINT** |

　　　Having received and considered Defendant's Notice of Motion and Motion to Enlarge Time to Respond to Third Amended Complaint, the Court orders as follows:

　　　**IT IS ORDERED granting** the motion and extending Defendant's time to respond to the Third Amended Complaint by sixty (60) days to May 24, 2024. The Initial Case Management Conference currently set for April 18, 2024 is hereby **CONTINUED** to July 25, 2024, at 1:30 p.m., via Zoom videoconference.

Dated: March 26, 2024

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　Lisa J. Cisneros
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

-1-