UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mayer Amschel Rothschild, <br><br> Plaintiff(s), <br><br> v. <br><br> The Pacific Companies, <br><br> Defendant(s). | Case No. 23-cv-01721-LJC <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Casandra C. Zeitlin, an active member in good standing of the bar of the State of Arizona, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: The Pacific Companies in the above-entitled action. My local co-counsel in this case is David P. Strauss, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 96874.

| | |
|---|---|
| 5050 N 40th St., # 380, Phoenix, AZ 85018 | 501 W Broadway, #800, San Diego, CA 92101 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 602-648-5222 | 619-237-5300 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| casandra@zeitlinlaw.com | ds@dstrausslaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 033990.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/11/2024

Casandra C. Zeitlin
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Casandra C. Zeitlin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 12, 2024

UNITED STATES MAGISTRATE JUDGE



# Supreme Court

STATE OF ARIZONA
ADMINISTRATIVE OFFICE OF THE COURTS

**ROBERT BRUTINEL**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **CASANDRA CARIN ZEITLIN,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona October 25, 2017, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this **JANUARY 1 2 2024**

Aaron Nash
Associate Disciplinary Clerk

OR

Kristina Tuba
Associate Disciplinary Clerk

## DISCIPLINARY HISTORY

It is hereby certified that as of January 9, 2024, there are no disciplinary charges[1] or complaints[2] pending, nor have any ever been filed against, **CASANDRA CARIN ZEITLIN,** an active member of the State Bar of Arizona with Bar No. 033990.

DATED this **JANUARY 1 2 2024**.

Aaron Nash
Associate Disciplinary Clerk

Or

Kristina Tuba
Associate Disciplinary Clerk

---

[1] "Charge means any allegation or other information of misconduct or incapacity brought to the attention of the State Bar. See Rule 46(f)4, Ariz. R. Sup. Ct.
[2] "Complaint" means a formal complaint prepared and filed with the disciplinary clerk. See Rule 46(f)7, Ariz. R. Sup . Ct.